AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LEINENWEBER, HARRY D | U.S.D.C. (ILLINOIS NORTHERN) | 05/07/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (Senior) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address <br><br> Suite #1946 <br> 219 S. Dearborn Street <br> Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Life Member | National Conference of Commissioners on Uniform State Laws |
| 2. Member, Board of Directors | Good Shepherd Manor, Momence, Illinois |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 11: 13 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Illinois General Assembly Retirement | $ 13,356.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Dreyfus Florida Muni Money Market Fund - Director Fees |
| 2. 2006 | Deutsche Bank - Consulting Fees |
| 3. 2006 | Ryder Systems - Dirctor Fees |
| 4. 2006 | Dreyfus NJ Muni Bond Fund - Director Fees |
| 5. 2006 | Dreyfus NY Tax Exempt Bond Fund - Director Fees |
| 6. 2006 | Dreyfus Global Investing - Director Fees |
| 7. 2006 | Dreyfus Strategic World Investment Fund - Director Fees |
| 8. 2006 | Dreyfus Florida Intermediate Muni Bond Fund - Director Fees |
| 9. 2006 | The Coca-Cola Company - Consulting Fees |
| 10. 2006 | Dreyfus Investor GNMA Fund - Director Fees |
| 11. 2006 | Dreyfus 100% U.S. Treasury Short-Term Fund - Director Fee |
| 12. 2006 | Dreyfus 100% U.S. Treasury Intermediate Term Fund - Director Fees |
| 13. 2006 | Dreyfus 100% U.S. Treasury Money Market Fund - Director Fees |
| 14. 2006 | Procter & Gamble - Director Fees |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/07/2007 |

15. 2006  SBC Corporation (Now AT&T Corporation) - Director Fees

16. 2006  Office of Personnel Management - Congressional Retirement

17. 2006  Dreyfus Strategic Growth fund - Director Fees

18. 2006  Constellation Energy Group - Director Fees

19. 2006  Neiman Marcus - Residuals from Previous Directorship *See Section VIII for Additonal Comments.


# IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1.   Coca-Cola Company, Atlanta, GA | 5/06 Travel, Lodging, Meals. Trip with spouse to Brussels, Belgium |
| 2.   Ryder, Inc. | 9/06 Travel, Lodging, Meals. Trip with spouse to Aspen, Colorado |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ryder Systems | C | Dividend | N | T | Grant | 05/06 | J | | *See Notes in Section VIII |
| 2. Ryder Systems | C | Dividend | | | Option Exer | 05/06 | N | G | |
| 3. Ryder Systems, Inc. Stock Options Vested and Unexercised | | None | M | W | | | | | |
| 4. J.P. Morgan Chase (formerly Bank One) checking account | C | Interest | M | T | | | | | *See Notes in Section VIII |
| 5. J.P. Morgan Chase (formerly Bank One) checking account | A | Interest | J | T | | | | | *See Notes in Section VIII |
| 6. J.P. Morgan Chase (formerly Bank One) savings account | A | Interest | J | T | | | | | *See Notes in Section VIII |
| 7. AT&T Common Stock | E | Dividend | O | T | Grant | 04/05 | K | | *See Notes in Section VIII |
| 8. Procter & Gamble Common Stock | C | Dividend | O | T | Grant | 02/06 | K | | *See Notes in Section VIII |
| 9. Procter & Gamble Common Stock | C | Dividend | O | T | Option Exer | 02/06 | L | | |
| 10. Procter & Gamble Common Stock Options | | None | M | W | | | | | |
| 11. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 12. Insignia Bank | | None | K | W | Bought | 10/06 | K | | |
| 13. Real Estate, Chicago, IL | | | M | T | | | | | *See Notes in Section VIII |
| 14. Affiliated Network Services, L.L.C. | | None | K | U | | | | | |
| 15. FMI Cust▓▓▓▓Acct. Northwestern Univ. Magellan Fund | B | Dividend | L | T | | | | | |
| 16. FMI Cust.▓▓▓▓Acct. Northwestern Univ. Overseas Fund | B | Dividend | L | T | | | | | |
| 17. FMI Cust.▓▓▓▓Acct. Northwester | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|     Univ. Puritan Fund | | | | | | | | | |
| 18.  J.M. Smuckers | A | Dividend | J | T | | | | | |
| 19.  Constellation Energy Group | C | Dividend | N | T | Grant | 11/05 | K | | *See Notes in Section VIII |
| 20.  J.P. Morgan Chase Brokerage Account | | | | | | | | | |
| 21.  Barr Labs | | None | | | Donated | 12/06 | K | | *See Notes in Section VIII |
| 22.  PYR Energy Corp. | | None | J | T | | | | | *See Notes in Section VIII |
| 23.  Northrup Grumman Corp. Stock Option | C | Dividend | M | W | | | | | |
| 24.  First Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 25.  Cognizant Tech | A | Dividend | K | T | Donated | 12/06 | K | | *See Notes in Section VIII |
| 26.  E-Bay | | None | | | Sold | 9/06 | J | | |
| 27.  Baton Vance Tax Management Emerging Markets | C | Dividend | M | T | Bought | 12/06 | | | |
| 28.  Ameritrade Investment Account | | | | | | | | | |
| 29.  Questar Corp. Common Stock | A | Dividend | K | T | | | | | |
| 30.  Shufflemaster Common Stock | | None | K | T | | | | | |
| 31.  Neogen Common Stock | | None | J | T | | | | | |
| 32.  Tuesday Morning | | None | | | Sold | 06/06 | J | A | |
| 33.  Coventry Health Care | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Gasco Energy | | None | K | T | | | | | |
| 35. Gollinhas Aereas | | None | | | Sold | 11/06 | J | | |
| 36. U.S. Physical Therapy | | None | | | Sold | 06/06 | J | | |
| 37. Toptankers | | None | | | Sold | 09/08 | J | | |
| 38. Sunopta | | None | J | T | | | | | |
| 39. Glaxo Smith Kine | A | Dividend | | | Bought | 01/06 | J | | |
| 40. Glaxo Smith Kline | A | Dividend | | | Sold | 09/06 | J | | |
| 41. Crocs Inc. | | None | J | T | Bought | 02/06 | J | | |
| 42. Tata Motors | | None | J | T | Bought | 09/06 | J | | |
| 43. Watts Water Tech | | None | J | T | Bought | 11/06 | J | | |
| 44. Mikron Infrared | | None | J | T | Bought | 12/06 | J | | |
| 45. Brokerage Account #3 - Schwab Defined Benefit Plan | | | | | | | | | |
| 46. Dreyfus Premier China Fund | A | Dividend | K | T | | | | | |
| 47. USJWFL INDX 3.375% 01/12 | C | Interest | M | T | | | | | |
| 48. Artisan International Fund | E | Dividend | N | T | | | | | |
| 49. Vanguard Intermediate Term Corporate Fund | C | Dividend | M | T | | | | | |
| 50. Vanguard Short Term Corporate Fund | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Vanguard Fund Inc. High Yield Corporate Shares | B | Dividend | K | T | | | | | |
| 52. Manager Special Equity Fund | C | Dividend | L | | Sold | 11/06 | M | D | |
| 53. Third Avenue Value Fund | B | Dividend | L | | Sold | 11/06 | M | D | |
| 54. Third Avenue Small Cap Value Fund | B | Dividend | L | T | | | | | |
| 55. Pimco High Yield Fund | A | Interest | M | T | | | | | |
| 56. Neiman Marcus Class B | A | Dividend | | | Buy Out | 01/06 | J | D | |
| 57. CGM Realty Fund | C | Dividend | L | T | Bought | 11/06 | L | | |
| 58. Cohen & Sterrs Realty | D | Dividend | M | T | Bought | 11/06 | M | | |
| 59. Pimco Total Retirement Fund | C | Dividend | M | T | Bought | 11/06 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | O =$500,001 - $1,000,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | K =$15,001 - $50,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III. - B. ▉▉▉Non-Investment Income

20. ▉▉▉was a former director of the parent company of Neiman Marcus. She receives a discount for retail purchases.

VII. - Investment and Trusts.

1. ▉▉▉received in lieu of partial Director Compensation a grant of stock-based units. (Redeemable at a later date as shares of stock on a one-for-one basis.)

4. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

5. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

6. This J.P. Morgan Chase account is a personal savings account. Deposits and withdrawals are made throughout the year.

7. ▉▉▉received a grant of shares as partial Director compensation.

8. ▉▉▉received a grant of shares as partial compensation as a non-employee member of the Board of Directors.

13. Real Estate was sold on a four-year contract.

19. ▉▉▉received a grant of stock as partial compensation as a non-employee member of the Board of Directors.

21. This was a Charitable Contribution.

22. This Stock was purchased in 2005 and inadvertently left off my 2005 Report.

25. This was a Charitable Contribution.

| Name of Person Reporting | Date of Report |
|---|---|
| LEINENWEBER, HARRY D | 05/07/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the ~~...~~ ~~...~~ not reported was withheld because it met applicable statutory provisions permitting non-disclosu~~...~~

I further certify that ~~...~~ ptance of gifts which have been reported are in compliance with the pro~~...~~ nference regulations.

Signature_____  Date  5/7/07

NOTE: ANY INDIVIDUAL ~~WHO KNOWINGLY AND WILLFULLY FALSIFIES~~ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544